UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *  |
| | * Cr. No.   1:16-cr-00116 |
| VERSUS | * |
| | * JUDGE DEE D. DRELL |
| GLEN WAYNE WILLIAMS | * MAGISTRATE JUDGE PEREZ-MONTES |

**BILL OF INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

<u>Count One</u>

Theft of Government Money, Property, or Records
[18 U.S.C. § 641]

Between on or about November 30, 1995 until on or about July 31, 2014, in the Western District of Louisiana, the defendant, Glen Wayne Williams, did knowingly and willfully embezzle, steal, purloin and convert to his own use funds in excess of $1,000 in the form of Social Security benefits, such funds being the property of the United States in violation of Title 18, United States Code, Section 641. [18 U.S.C. § 641].

STEPHANIE A. FINLEY
United States Attorney

By: *[signature]*
F. MICHAEL O'MARA, SC Bar 75338
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Telephone:  (318) 676-3600